In the Matter of the Claim of F. YEKIETEK, Respondent, against ROESSLER & HASSLACHER CHEMICAL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, and claim remitted, with costs against the State

* Affd., 250 N. Y. 615.     † Revd., 251 N. Y. 67.

Industrial Board to abide the event, on the ground that there is no evidence to support the findings of the said Board. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur.